IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| DALE ALLEN BERRY | )<br>)<br>) |
| vs. | )<br>) |
| SPRINGFIELD TERMINAL<br>RAILWAY COMPANY | )<br>)  NO. 05-11278DPW<br>) |
| and | )<br>) |
| BOSTON & MAINE CORPORATION | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK:**

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Dale Allen Berry, by and through his attorneys, HANNON & JOYCE, hereby voluntarily dismiss the above action, without prejudice, this 29th day of July, 2005.

HANNON & JOYCE

BY: _____
GREGORY JOHN HANNON
Attorney for Plaintiff
The Public Ledger Bldg. - Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106